AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:24·mj·176 |
| Adrian MCKINNEY | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 28, 2024 _____ in the county of _____ Franklin _____ in the
_____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |
| Title 21 USC 841(b)(1)(c) | Possess with intent to distribute a controlled substance |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Josh Wright*
*Complainant's signature*

Josh Wright - ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.
VIA FACETIME

Date: ___March 29, 2024___

_____
*Judge's signature*

City and state: _____ Columbus Ohio _____

US Magistrate Judge Elizabeth A. Preston Deavers
*Printed name and title*

## AFFIDAVIT

I, Joshua C. Wright, deposes and state:

1.     I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearm and Explosives ("ATF"), and have been since November of 2020.  I am currently assigned to the Columbus, Ohio Field Office as a member of the Crime Gun Enforcement Team (CGET) Task Force.  As part of my duties as an ATF Task Force Officer, I investigate criminal violations relating to federal firearms offenses, including the unlawful possession of firearms and ammunition by individuals who have been convicted in any court, of a crime punishable by imprisonment for a term exceeding one year.   I have participated in numerous investigations of criminal violations relating to illegal firearms possession, firearms trafficking and shooting investigations.  I am familiar with, and have utilized multiple investigative methods, including electronic surveillance, visual surveillance, search warrants, and the utilization of GPS/E-911 data.

2.     Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States.  As result of my training and experience, I am familiar with federal laws including 18 U.S.C. § 922(g)(1), which states:  It shall be unlawful for any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

3.     The facts in this affidavit come from my personal observations, training and experience, as well as information obtained from other agents, officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Adrian MCKINNEY has violated 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm, and 21 U.S.C. § 841(b)(1)(C), Possession with Intent to Distribute a Controlled Substance.

5.      On March 28, 2024, ATF agents and officers with the Columbus Police Department (CPD) Tactical Narcotics Team (INTAC) executed a search warrant at 810 Wedgewood Dr, Apt 3. Adrian MCKINNEY was found to be in possession of a firearm and contraband.  The search warrant was obtained through Franklin County Municipal Court earlier the same day.

6.      MCKINNEY was observed entering the front door of 810 Wedgewood Dr., the building housing Apt. 3, and go up to the second floor.  INTAC was notified and began approaching the structure.  As INTAC was approaching, MCKINNEY was seen opening the curtains to 810 Wedgewood Dr., Apt. 3 and acknowledged the officers as they approached.

7.      Officers entered Apt. 3 and MCKINNEY was detained in the living room. Investigators located several baggies of suspected narcotics, some of which were packaged individually for sale, on a coffee table next to the window through which MCKINNEY had just been seen.  Two of the seized baggies appeared to contain fentanyl and some of the other suspected narcotics field-tested positive for cocaine.  Under a couch cushion next to the coffee table investigators located an Anderson Manufacturing AM-15 Multi Cal (SN:22128724) loaded with 17 live rounds in the magazine and 1 live round in the chamber.  A large drug press was also seized from the apartment.



8.      During an interview of MCKINNEY at Columbus Police Headquarters,

MCKINNEY stated the firearm that was found in 810 Wedgewood Dr. Apt. 3 under the couch

cushion would not come back to any shootings and that it had never even been shot in the air, an

acknowledgment of his knowledge of the presence of the firearm.

9.      MCKINNEY has convictions for possession of drugs, trafficking in drugs and

improper handling of a firearm, all felonies punishable by more than one year in prison.

10.     On March 28, 2024, SA Cole Benner determined the firearm (Anderson

Manufacturing, Model AM-15 Multi Cal pistol, SN:22128724) was not manufactured in the state

of Ohio, thus having traveled in interstate commerce.

## CONCLUSION

11.     Based upon the above listed facts and circumstances, affiant believes and asserts

that there is probable cause to believe that on March 28, 2024, MCKINNEY did unlawfully,

knowingly possess, a firearm and ammunition in and affecting interstate commerce after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, U.S.C., Section 922(g)(1) and Title 21, United States Code, Section 841(b)(1)(c) manufacture, distribute, or dispense, or possess with intent to manufacture, distribute or dispense a controlled substance. The above violations were committed in the Southern District of Ohio, Eastern Division.  Your Affiant requests that an arrest warrant be issued for Adrian MCKINNEY.

**Josh Wright** Digitally signed by Josh Wright
Date: 2024.03.29 08:51:23 -04'00'

Josh Wright, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn to and subscribed before me this _29ᵗʰ_ day of March

Honorable Elizabeth A. Preston Deavers
United States Magistrate Judge
Southern District of Ohio
Eastern Division